UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** January 2, 2014    **Time:** 14 minutes    **Judge:** WILLIAM H. ORRICK
1:33 p.m. to 1:47 p.m.

**Case No.**: 13-cr-00764-WHO-1    **Case Name:** UNITED STATES v. Williams, et al.

**Attorneys for Plaintiff:**   William Frentzen and Damali Taylor
**Attorneys for Defendants:**  Michael Gaines and John Philipsborn for **Alfonzo Williams**
Mark Goldrosen for **Antonio Gilton**
Tony Tamburello and Michael Burt for **Lupe Mercado**
Richard Tamor for **Barry Gilton**
(All defendants present and in custody)

**Deputy Clerk:** Jean Davis         **Court Reporter:** Belle Ball
**Interpreter:** n/a                 **Probation Office:** n/a

**PROCEEDINGS**

Status conference conducted as to all defendants. Discovery is on-going and a superseding indictment is expected with additional charges and defendants. Paperwork for review at DOJ to be completed within the month regarding whether the death penalty will be sought for death-penalty eligible charges.  Possibility of Protective Order raised by plaintiff--topic to be discussed by counsel once superseding indictment filed and all parties have appeared.  Parties to return in approximately three weeks for further status conference.  Stipulated time exclusion.

**CASE CONTINUED TO:  January 24, 2014 at 9:30 a.m.** for further Status Conference.

--------------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY:**
Category      Effective preparation of counsel
Begins        January 2, 2014
Ends          January 24, 2014

--------------------------------------------------------------------------------------------------------------------