1   BRIAN J. STRETCH (CABN 163973)
    Acting United States Attorney

2

3   DAVID R. CALLAWAY (CABN 121782)
    Chief, Criminal Division

4

5   WILLIAM FRENTZEN (LABN 24421)
    DAMALI TAYLOR (CABN 262489)
    SCOTT D. JOINER (CABN 223313)

6   Assistant United States Attorneys

7        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495

8        Telephone: (415) 436-7200
         FAX: (415) 436-6753

9        william.frentzen@usdoj.gov, damali.taylor@usdoj.gov, scott.joiner@usdoj.gov

10  Attorneys for United States of America

11                      UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,              )   CASE NO. CR 13-00764 WHO
                                           )
16          Plaintiff,                     )   UNITED STATES' NOTICE OF APPEAL
                                           )
17      v.                                 )
                                           )
18  ALFONZO WILLIAMS, et al.,              )
                                           )
19          Defendants.                    )
                                           )

20

21          Notice is hereby given that the United States of America, plaintiff in the above-captioned case,

    appeals to the United States Court of Appeals for the Ninth Circuit from the district court's February 9,
22
    2016, order granting defendant Antonio Gilton's motion to suppress (Docket # 873).
23
    DATED: March 9, 2016                             Respectfully submitted,
24
                                                     BRIAN J. STRETCH
25                                                   Acting United States Attorney

26

27                                                   SCOTT D. JOINER
                                                     DAMALI TAYLOR
28                                                   WILLIAM FRENTZEN
                                                     Assistant United States Attorneys

1

CERTIFICATE OF THE UNITED STATES ATTORNEY

2       Pursuant to 18 U.S.C. § 3731, I hereby certify that this appeal is not taken for the purposes of

3   delay and that the evidence suppressed or excluded by the district court's order is a substantial proof of a

4   fact material to this proceeding.

5

6   Dated:   3-9-16

7

8                                                        BRIAN J. STRETCH
                                                         Acting United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES' NOTICE OF APPEAL
13-CR-00764 WHO                                 2