1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   DAMALI TAYLOR (CABN 262489)
5  SCOTT D. JOINER (CABN 223313)
   Assistant United States Attorneys
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
8       FAX: (415) 436-6753
        william.frentzen@usdoj.gov
9       damali.taylor@usdoj.gov
        scott.joiner@usdoj.gov
10
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-00764 WHO |
| Plaintiff, | DECLARATION OF DAMALI A. TAYLOR IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT HARDING'S IN LIMINE MOTIONS |
| v. | |
| MONZELL HARDING, | Date: July 19, 2016 |
| Defendant. | Time: 9:00 am |
| | Court: Hon. William H. Orrick |

TAYLOR DECLARATION
13-00764 WHO

| | |
|---|---|
| 1 | I, Damali A. Taylor, declare and state as follows: |
| 2 | **1.** I am an Assistant United States Attorney in the Office of Brian J. Stretch, Acting United |
| 3 | States Attorney for the Northern District of California. I am currently assigned to the Strike |
| 4 | Force/Organized Crime Unit of the Criminal Division. I am one of the attorneys assigned to the |
| 5 | prosecution of the above-captioned matter. |
| 6 | **2.** Submitted as Exhibit A is a true and correct copy of the Rule 404(b) notice, which was |
| 7 | provided to the defense on November 24, 2015. |
| 8 | **3.** Submitted under seal as Exhibit B is a true and correct copy of incident report 070123642 |
| 9 | regarding firearm possession by defendant Heard in the parking lot Lily's BBQ. Exhibit B is being filed |
| 10 | under seal, consistent with the Protective Order governing this case. It has previously been provided to |
| 11 | the defense in discovery. |
| 12 | **4.** Submitted under seal as Exhibit C is a true and correct copy of incident report |
| 13 | 110823126. Exhibit C is being filed under seal, consistent with the Protective Order governing this |
| 14 | case. It has also previously been provided to the defense in discovery. |

DATED: May 9, 2016

Respectfully submitted,

BRIAN J. STRETCH  
Acting United States Attorney

By: _____/s/_____  
DAMALI A. TAYLOR  
Assistant United States Attorney

TAYLOR DECLARATION  
CR 13-00764 WHO                    1