SEVERA KEITH, CSBN 218167
THE KEITH LAW OFFICE, P.C.
214 Duboce Avenue
San Francisco, CA 94103
(415) 626-6000 - Telephone
(415) 225-8631 - Facsimile

Attorney for Defendant
MONZELL HARDING

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MONZELL HARDING, et al,<br><br>Defendant. | No.  CR 13-00764-WHO<br><br>**DEFENDANT MONZELL HARDING'S MOTION FOR JOINDER IN CODEFENDANTS' MOTIONS *IN LIMINE* AND OPPOSITIONS TO GOVERNMENT'S MOTIONS *IN LIMINE***<br><br>DATE: July 19, 2016<br>TIME: 9:00 a.m.<br>DEPT: Hon. Judge William H. Orrick |

**TO: THIS HONORABLE COURT; TO THE ASSISTANT UNITED STATES ATTORNEYS; AND TO COUNSEL FOR ALL CO-DEFENDANTS:**

Defendant Monzell Harding hereby moves to join in the Motions *in Limine* filed by codefendants that are applicable to him: Dkt. No. 959 (Motions *in Limine* Regarding Portions of Jailhouse Recording the Government Intends to Use at Trial by Jaquain Young); Dkt. No. 967 (Motions *in Limine* by Antonio Gilton); Dkt. No. 972 (Motions *in Limine* by Paul Robeson); Dkt. No. 975 (Motions *in Limine* by Barry Gilton); Dkt. No. 977 (Motions *in Limine* by Alfonzo Williams); Dkt. No. 1014 (Defendant Antonio Gilton's Oppositions to Government's Motions *in*

*U.S. v. Harding, Motion for Joinder*

*Limine*); Dkt. No. 1015 (Defendant Paul Robeson's Oppositions to Government's Motions *in Limine*); Dkt. No. 1029 (Oppositions to Government's *In Limines* #4 and #10 by Alfonzo Williams).

 Mr. Harding is similarly situated to the moving defendants and has standing to join in these motions inasmuch as he was indicted by the same grand jury, and charged with the same RICO conspiracy.  Mr. Harding relies on the authorities cited in the aforementioned motions and adopts the memoranda of points and authorities filed therein.

Dated: May 17, 2016　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　SEVERA KEITH
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　MONZELL HARDING

*U.S. v. Harding, Motion for Joinder*