UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:**  April 25, 2019          **Time:**  1 hr., 1 min.          **Judge:**  WILLIAM H. ORRICK
9:31 a.m. to 10:32 a.m.

**Case No.**:  13-cr-00764-WHO-6          **Case Name:** UNITED STATES v. Elmore

**Attorney for Plaintiff:**          Philip Kopczynski
**Attorney for Defendant:**          Josh Cohen and Shawn Halbert
Defendant **Reginald Elmore** – present, in custody

**Deputy Clerk:** Jean Davis                              **Court Reporter:** JoAnn Bryce
**Interpreter:** n/a                                              **Probation Officer:** n/a

## PROCEEDINGS

The Court summarizes preliminary findings based upon the pleadings and evidentiary hearing.
Argument of counsel heard.  The motion in limine is taken under submission; a written order will
follow.